Ehson Salaami, Esq. (SBN: 265717)
ehson@mincal.com
Amir Vafaei, Esq. (SBN: 259406)
amir@mincal.com
**MinCal Consumer Law Group**
1630 Copa De Oro Drive, Suite A
San Diego, CA 92037
Telephone:   (888) 678-5550
Facsimile:   (888) 678-6885

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria G. Rios<br><br>                Plaintiff,<br><br>v.<br><br>Caine & Weiner Company, Inc.<br><br>                Defendant. | **Case No.: 11-CV-1163-H (BLM)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Maria G. Rios hereby voluntarily dismisses all claims in the above action with prejudice.

                                                                     Respectfully submitted,

Dated: July 13, 2011

                                                                     **MinCal Consumer Law Group**
                                                                     By: **s/Ehson Salaami**
                                                                     Ehson Salaami, Esq.
                                                                     Attorney for Plaintiff
                                                                     E-mail: ehson@mincal.com